AO 442 (Rev. 11/11) Arrest Warrant

NOT FOR PUBLIC VIEW    10439604

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. '22 MJ02095 |
| ISAIAH DOTSON | ) | |
| Defendant | ) | |

FILED JUN 13 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

06013-504

RECEIVED U.S. MARSHALS-S/CA
2022 JUN -8 AM 11:05

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ISAIAH DOTSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) – Felon in Possession of Ammunition

DATE ARRESTED: 6/8/22
BY: STEVEN C. STAFFORD, U.S. MARSHAL, S/CA
BY: _____

Date:   06/07/2022                                                                                                    _____
                                                                                                                           *Issuing officer's signature*

City and state:   San Diego, California                                                 MICHAEL S. BERG, U.S. Magistrate Judge
                                                                                                                           *Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____                                                                                    _____
                                                                                                                           *Arresting officer's signature*

                                                                                                                           _____
                                                                                                                           *Printed name and title*