AO 442 (Rev. 11/11) Arrest Warrant    ~~NOT FOR PUBLIC VIEW~~

# UNITED STATES DISTRICT COURT
for the
Southern District of California

PLEASE RECEIPT AND RETURN

United States of America
v.
ISAIAH DOTSON

*Defendant*

**FILED**
JUN 1 4 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No.  '22 MJ02095

RECEIVED U.S. MARSHALS-S/C
2022 JUN -8 AM 11:01

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ISAIAH DOTSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 922(g)(1) – Felon in Possession of Ammunition

Date:  06/07/2022

*Issuing officer's signature*

City and state:  San Diego, California     MICHAEL S. BERG, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/07/2022, and the person was arrested on *(date)* 06/08/2022 at *(city and state)* San Diego, California. |
| Date: 06/12/2022     *Arresting officer's signature* |
|     James R. Gillis, DEA Special Agent |
|     *Printed name and title* |