# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Isaiah Dotson,<br><br>　　　　　　　Defendant. | CASE NO. 22CR1502-TWR<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

　　of the offense(s) as charged in the Indictment/Information:

　　18:922(g)(1), 924(a)(2); 18:924(d), 28:2461(c) - Felon in Possession of Ammunition; Criminal Forfeiture

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/11/2024

　　　　　　　　　　　　　　　　　　_/s/ Todd Robinson_
　　　　　　　　　　　　　　　　　　Hon. Todd W. Robinson
　　　　　　　　　　　　　　　　　　U.S. District Judge